# Court of Appeals
# of the State of Georgia

ATLANTA,  March 15, 2018

*The Court of Appeals hereby passes the following order:*

**A18E0036. ALAJAJI v. CASE.**

Pursuant to Court of Appeals Rule 40 (b), Alajaji filed an emergency motion for an extension of time to file an application for discretionary appeal of the trial court's final judgment on his petition to modify child support. See Court of Appeals Rule 31 (i) ("The motion for an extension of time shall be submitted pursuant to Rule 40 (b).") This Court will not grant an extension of time to file a discretionary application unless the motion for extension is filed on or before the application due date. See Rule 31 (i).

In this case, the trial court's order was entered on February 15, 2018, and thus a motion for discretionary appeal must be filed on or before March 19, 2018. See Rule 31 (a) ("An application for discretionary appeal must generally be filed in this Court within 30 days of the date of the entry of the trial court's order being appealed.") This motion for extension was filed on March 14, 2018.

Accordingly, Alajaji's emergency motion for an extension of time to file an

application for discretionary appeal is GRANTED. Alajaji is hereby directed to file

his application for discretionary appeal on or before March 31, 2018, and is further

directed to include with his application a copy of this order.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* *03/15/2018*
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*



*, Clerk.*